PROB 22 [EDTN51]
(1/98)

# TRANSFER OF JURISDICTION

**RECEIVED** 2007 JUN 22 A 8:51

DOCKET NUMBER (Tran. Court)
1:03-cr-10-002

DOCKET NUMBER (Rec. Court)
2:07cm1293-MEF

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jamie Lynn Wilson<br>2212 Mill Street<br>Montgomery, AL 36108 | ED/TN-Chattanooga | MD/AL-Montgomery |
| | NAME OF SENTENCING JUDGE<br>Honorable R. Allan Edgar | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5-31-07 | TO 5-30-10 |

OFFENSE
Arson; 18:844(i)

FILED 2007 JUN 20 P 12:

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE - CHATTANOOGA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama - Montgomery upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 19, 2007
Date

/s/ R. Allan Edgar
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA - MONTGOMERY**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 11, 2007
Effective Date

[signature]
United States District Judge