CASREF, CLOSED

# U.S. District Court (Live Database)
## U.S. District Court - Eastern District of Tennessee (Chattanooga)
### CRIMINAL DOCKET FOR CASE #: 1:03-cr-00010-2
### Internal Use Only

Case title: USA v. Payne, et al

Date Filed: 01/15/2003
Date Terminated: 06/14/2003

Assigned to: Honorable R Allan Edgar

**Defendant**

**Jamie L Wilson** (2)
*TERMINATED: 06/14/2003*

represented by **C. Eugene Shiles**
Spears, Moore, Rebman & Williams
P O Box 1749
Chattanooga, TN 37401-1749
423-756-7000
Fax: 423-756-4801
Email: ces@smrw.com
*TERMINATED: 06/14/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

18:844H.F EXPLOSIVES USED IN COMMISSION OF FELONY
(2)

**Disposition**

Deft commited to custody of BOP for term of 60 months as to count two; 3 years supervised release; special assessment $100.00, restitution $222,895.68

**Highest Offense Level (Opening)**

Felony

ATTEST: A true copy
Certified this JUN 2 0 2007
PATRICIA L. McNUTT, CLERK
by _____ Dep. Clerk

**Terminated Counts**

**Disposition**

SCANNED

18:844H.F EXPLOSIVES USED IN COMMISSION OF FELONY (1)                    Dismissed.

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

---

### Plaintiff

**UNITED STATES OF AMERICA**     represented by     **Wayne A Rich, Jr**
U S Department of Justice
Office of U S Attorney
1110 Market Street
Suite 301
Chattanooga, TN 37402
423-752-5140
Email: wayne.rich@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2003 | 1 | SEALED INDICTMENT by USA counts filed against David G Payne (1) count(s) 1, 2, Jamie L Wilson (2) count(s) 1, 2 (DJH) (Entered: 01/16/2003) |
| 01/15/2003 |  | WARRANT FOR ARREST issued for Jamie L Wilson by Clerk (DJH) (Entered: 01/16/2003) |
| 01/15/2003 |  | (Court only) Docket Modification (Utility) sealing case (DJH) (Entered: 01/21/2003) |
| 01/21/2003 | 4 | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM by plaintiff USA (David Payne) (DJH) Modified on 01/27/2003 (Entered: 01/27/2003) |
| 01/21/2003 | 5 | ORDER by Mag Judge William B. Carter granting petition [4-1] (cc: all counsel) (DJH) (Entered: 01/27/2003) |

| | | |
|---|---|---|
| 01/21/2003 | | WRIT issued and hand delivered to USM for service (DJH) (Entered: 01/27/2003) |
| 01/22/2003 | 3 | CTRM MINUTES: before Mag Judge William B. Carter initial appearance of Jamie L Wilson ; Attorney Carl E Shiles present; as to Jamie L Wilson , , dft Jamie L Wilson arraigned; not guilty to Cts. 1 & 2 plea entered; Attorney present; , ; pretrial conference set for 1:00 3/31/03 for Jamie L Wilson ; pretrial motions set for 3/4/03 for Jamie L Wilson ; jury trial set for 9:30 4/1/03 for Jamie L Wilson ; plea negotiation cutoff date set for 3/4/03 for Jamie L Wilson , case unsealed as to Jamie L Wilson Recorded #604-1546; Tape #20032-2 CD: Pam Scott AUSA: Wayne Rich ATTY: Gene Shiles PTSO: D Shields and D Haimelin Deft. Jamie L Wilson remained in custody. (SEALED) (Entered: 01/24/2003) |
| 01/22/2003 | 6 | ORDER ON DISCOVERY AND SCHEDULING by Magistrate Judge Carter (cc: all counsel) (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 7 | MEMORANDUM AND ORDER ARRAIGNMENT ON INDICTMENT: by Mag Judge William B. Carter (cc: all counsel) (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 8 | ORDER by Mag Judge William B. Carter appointing attorney Carl Eugene Shiles, Jr. as counsel for defendant Jamie Lynn Wilson. (cc: all counsel) (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 9 | CJA FORM 23 (Financial Affidavit) as to Jamie L Wilson (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 10 | ORDER by Mag Judge William B. Carter appointing Federal Defender Services as counsel for deft David Lee Payne. (cc: all counsel) (DJH) (Entered: 01/27/2003) |
| 01/29/2003 | 13 | WARRANT FOR ARREST returned executed as to Jamie L Wilson on 1/21/03 (DJH) (Entered: 01/31/2003) |
| 03/03/2003 | 16 | NOTICE OF INTENT TO ENTER PLEA by defendant Jamie L Wilson C/S (DJH) (Entered: 03/04/2003) |
| 03/07/2003 | | NOTICE OF HEARING before Honorable R Allan Edgar ; change of plea hearing set for 1:30 3/17/03 for David G Payne, for Jamie L Wilson (cc: all counsel) (DJH) (Entered: 03/07/2003) |
| 03/17/2003 | 17 | CTRM MINUTES: before Honorable R Allan Edgar guilty |

| | | |
|---|---|---|
| | | plea entered by Jamie L Wilson , plea agreement reserved for defendant Jamie L Wilson , no plea agreement filed; sentencing hearing set for 9:00 6/16/03 for Jamie L Wilson CR: Shannan Andrews CD: Kelli Brown AUSA: Wayne Rich ATTY: Gene Shiles, appt USPO: Kimberly Manning. deft remained in custody. (KFB) (Entered: 03/17/2003) |
| 04/30/2003 | 19 | NOTICE of no objection to PSR by plaintiff USA C/S (SEALED) (Entered: 05/01/2003) |
| 04/30/2003 | 20 | NOTICE of no objection to PSI by plaintiff USA C/S (SEALED) (Entered: 05/01/2003) |
| 06/09/2003 | 21 | MOTION for downward departure by Jamie L Wilson C/S (DMC) (Entered: 06/10/2003) |
| 06/14/2003 | 25 | CTRM MINUTES: before Honorable R Allan Edgar guilty plea entered by defendant Jamie L Wilson , sentencing hearing held on 6/14/03 , sentencing Jamie L Wilson (2) count(s) 2. Deft commited to custody of BOP for term of 60 months as to count two; 3 years supervised release; special assessment $100.00, restitution $222,895.68 , dismissing counts as to Jamie L Wilson (2) count(s) 1. Dismissed. , terminating party Jamie L Wilson , case terminated CR: Shannan Andrews CD: Kelli Brown AUSA: Wayne Rich ATTY: Eugene Shiles USPO: Gary Turney (DMC) (Entered: 06/18/2003) |
| 06/18/2003 | 22 | ORDER by Honorable R Allan Edgar Dismissing Count One as to Jamie L Wilson (cc: all counsel) (DMC) (Entered: 06/18/2003) |
| 06/24/2003 | 26 | JUDGMENT by Honorable R Allan Edgar issued as to Jamie L Wilson O.B. 108 Pg 28 (cc: all counsel) (DMC) (Entered: 06/24/2003) |
| 07/25/2003 | 28 | JUDGMENT returned executed on 7/15/03 by delivering defendant Jamie L Wilson to FCI Talahassee FL (DMC) (Entered: 07/25/2003) |
| 06/20/2007 | ●30 | Probation Jurisdiction Transferred to Middle District of Alabama at Montgomery as to Jamie L Wilson. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachment: #(1) Transfer out letter to MD-Alabama)(TJG, ) (Entered: 06/20/2007) |

## Transfer Documents

1:03-cr-00010 USA v. Payne, et al **CASE CLOSED on 06/16/2003**
CASREF, CLOSED

## U.S. District Court (Live Database)

## U.S. District Court - Eastern District of Tennessee

### Notice of Electronic Filing

The following transaction was entered on 6/20/2007 at 11:06 AM EDT and filed on 6/20/2007
**Case Name:** USA v. Payne, et al
**Case Number:** 1:03-cr-10
**Filer:**
**Document Number:** 30

**Docket Text:**
Probation Jurisdiction Transferred to Middle District of Alabama at Montgomery as to Jamie L Wilson. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachment: #(1) Transfer out letter to MD-Alabama)(TJG, )


**1:03-cr-10-2 Notice has been electronically mailed to:**

**1:03-cr-10-2 Notice has been delivered by other means to:**

Wayne A Rich , Jr
U S Department of Justice
Office of U S Attorney
1110 Market Street
Suite 301
Chattanooga, TN 37402

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1062680380 [Date=6/20/2007] [FileNumber=733957-0]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
2003 JAN 15 P 4:17
U.S. DISTRICT COURT
EASTERN DIST. TENN.
              DEP. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:03-CR-10 |
| | ) |
| DAVID LEE PAYNE | ) Judge EDGAR |
| and | ) |
| JAMIE LYNN WILSON | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

### THE CONSPIRACY AND ITS PURPOSE

A.  From the first part of October 2001, and continuing until on or about October 7, 2001, in the Eastern District of Tennessee, DAVID LEE PAYNE and JAMIE LYNN WILSON, the defendants, did willfully, knowingly, and intentionally combine, conspire, confederate and agree together and with each other, to commit offenses against the United States, that is, maliciously to damage and destroy by means of fire, a building, vehicle and other real and personal property used in, and affecting an activity in, interstate commerce, that is, the South Pittsburg business location of Atomic Fireworks, LLC, doing business as Space Age Manufacturing, Marion County, Tennessee, in violation of Title 18, United States Code, Section 844(i).

ATTEST: A true copy
Certified this JUN 2 0 2007
PATRICIA L. McNUTT, CLERK
by _____
                    Dep. Clerk

B.  The purpose and object of this conspiracy was to destroy by fire one of the buildings housing the South Pittsburg business location of Atomic Fireworks, LLC, doing business as Space Age Manufacturing, Marion County, Tennessee.

## BACKGROUND OF THE CONSPIRACY

C.  At all times material hereto, defendant DAVID PAYNE and defendant JAMIE WILSON had a close relationship;

D.  At all times material hereto, the South Pittsburg business location of Atomic Fireworks, LLC, doing business as Space Age Manufacturing, Marion County, Tennessee:

   1.  was a Tennessee corporation and operated under licenses from the United States and State of Tennessee, and did business as Space Age Manufacturing in an activity affecting foreign and interstate commerce,

   2.  imported fireworks in foreign and interstate commerce from the Asian continent,

   3.  assembled and packaged fireworks for retail sale,

   4.  shipped fireworks in interstate commerce to Alabama, South Carolina and various midwestern states, and

   5.  was insured by Pacific Insurance Company, policy JC482201, with its local insurance agent being John Hegley, South Pittsburg, Tennessee.

## METHODS OF THE CONSPIRACY

E.  It was part of this conspiracy that defendants DAVID PAYNE and JAMIE WILSON would and did plan to destroy by fire one of the buildings housing the South Pittsburg business location of Atomic Fireworks, LLC, doing business as Space Age Manufacturing, Marion County, Tennessee.

## OVERT ACTS

F.  In order to further and accomplish the objectives and purposes of this conspiracy, the following and other overt acts were committed and caused to be committed by defendants DAVID PAYNE and JAMIE WILSON in the Eastern District of Tennessee:

1. During the early evening of Sunday, October 7, 2001, defendant DAVID PAYNE and JAMIE WILSON departed from DAVID PAYNE's residence 1949 County Road 133, Stevenson, Alabama and traveled to defendant WILSON's residence, 1309 South Cedar Avenue, South Pittsburg, Tennessee.

2. DAVID PAYNE and JAMIE WILSON walked from the residence of JAMIE WILSON to the South Pittsburg business location of Atomic Fireworks, LLC doing business as Space Age Manufacturing, Marion County, Tennessee. PAYNE and WILSON entered that business property through a hole in the fence and then entered Building Six through an unlocked door.

3. Once the defendants were inside Building Six of the South Pittsburg location of Atomic Fireworks, LLC doing business as Space Age Manufacturing, Marion County, Tennessee on Sunday, October 7, 2001, DAVID PAYNE, in the presence of defendant JAMIE WILSON, ignited a fire by dumping out a box of fireworks and lighting the box with a cigarette lighter causing the damage and destruction of a building, vehicle and other real and personal property.

4. And other overt acts.

All in violation of Title 18, United States Code, Section 844(n).

## COUNT TWO

The Grand Jury further charges that on or about October 7, 2001, in the Eastern District of Tennessee, DAVID PAYNE and JAMIE WILSON, the defendants, aided and abetted by each other, did knowingly, intentionally and maliciously damage and destroy, and cause the damage and destruction, and attempted to do so, by means of fire, a building, vehicle and other real and personal property used in, and affecting an activity in, interstate commerce, that is the defendants used and caused the use of a cigarette lighter, cardboard and fireworks to set fire and burn Building Six of the South Pittsburg business location of the Atomic Fireworks, LLC doing business as Space Age Manufacturing, Marion County, Tennessee; in violation of Title 18, United States Code, Sections 844(i).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

HARRY S. MATTICE, JR.
UNITED STATES ATTORNEY

By: _____
Wayne A. Rich, Jr.
Assistant United States Attorney

CASREF, CLOSED

# U.S. District Court (Live Database)
## U.S. District Court - Eastern District of Tennessee (Chattanooga)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00010 All Defendants
### Internal Use Only

Case title: USA v. Payne, et al

Date Filed: 01/15/2003
Date Terminated: 06/16/2003

Assigned to: Honorable R Allan Edgar

**Defendant**

**David G Payne** (1)
TERMINATED: 06/16/2003

represented by **LaFonda Jones**
Federal Defender Services of Eastern Tennessee, Inc.
707 Georgia Avenue
Suite 203 Flatiron Building
Chattanooga, TN 37402
423-756-4349
TERMINATED: 06/16/2003
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

18:844H.F EXPLOSIVES USED IN COMMISSION OF FELONY
(2)

**Disposition**

Deft committed to custody of BOP for term of 60 months as to count two. Supervised release 3 years special assessment $100.00, restitution $222,895.68

**Highest Offense Level (Opening)**

Felony

ATTEST: A true copy
Certified this JUN 2 0 2007
PATRICIA L. McNUTT, CLERK
by _____
_____ Dep. Clerk

**Terminated Counts**

18:844H.F EXPLOSIVES USED
IN COMMISSION OF FELONY
(1)

**Disposition**

Dismissed

**Highest Offense Level
(Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Honorable R Allan
Edgar

**Defendant**

**Jamie L Wilson** (2)
*TERMINATED: 06/14/2003*

represented by **C. Eugene Shiles**
Spears, Moore, Rebman &
Williams
P O Box 1749
Chattanooga, TN 37401-1749
423-756-7000
Fax: 423-756-4801
Email: ces@smrw.com
*TERMINATED: 06/14/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:844H.F EXPLOSIVES USED
IN COMMISSION OF FELONY
(2)

**Disposition**

Deft commited to custody of BOP
for term of 60 months as to count
two; 3 years supervised release;
special assessment $100.00,
restitution $222,895.68

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**

18:844H.F EXPLOSIVES USED
IN COMMISSION OF FELONY
(1)

**Disposition**

Dismissed.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

UNITED STATES OF
AMERICA

represented by **Wayne A Rich, Jr**
U S Department of Justice
Office of U S Attorney
1110 Market Street
Suite 301
Chattanooga, TN 37402
423-752-5140
Email: wayne.rich@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2003 | 1 | SEALED INDICTMENT by USA counts filed against David G Payne (1) count(s) 1, 2, Jamie L Wilson (2) count(s) 1, 2 (DJH) (Entered: 01/16/2003) |
| 01/15/2003 | | WARRANT FOR ARREST issued for David G Payne by Clerk (DJH) (Entered: 01/16/2003) |
| 01/15/2003 | | WARRANT FOR ARREST issued for Jamie L Wilson by Clerk (DJH) (Entered: 01/16/2003) |
| 01/15/2003 | | (Court only) Docket Modification (Utility) sealing case (DJH) (Entered: 01/21/2003) |
| 01/21/2003 | 4 | PETITION FOR WRIT OF HABEAS CORPUS AD |

| | | |
|---|---|---|
| | | PROSEQUENDUM by plaintiff USA (David Payne) (DJH) Modified on 01/27/2003 (Entered: 01/27/2003) |
| 01/21/2003 | 5 | ORDER by Mag Judge William B. Carter granting petition [4-1] (cc: all counsel) (DJH) (Entered: 01/27/2003) |
| 01/21/2003 | | WRIT issued and hand delivered to USM for service (DJH) (Entered: 01/27/2003) |
| 01/22/2003 | 2 | CTRM MINUTES: before Mag Judge William B. Carter initial appearance of David G Payne ; Attorney LaFonda Jones present; as to David G Payne , , dft David G Payne arraigned; not guilty to Cts. 1 & 2 plea entered; pretrial conference set for 1:00 3/31/03 for David G Payne ; pretrial motions set for 3/4/03 for David G Payne ; jury trial set for 9:30 4/1/03 for David G Payne ; plea negotiation cutoff date set for 3/4/03 for David G Payne , case unsealed as to David G Payne CR: Recorded #604-1546; Tape #2003-2-2 ATTY:LaFonda Jones PTSO: D Shields/D Haimelin AUSA: Wayne Rich Deft. David L Payne remained in custody. (SEALED) (Entered: 01/24/2003) |
| 01/22/2003 | 3 | CTRM MINUTES: before Mag Judge William B. Carter initial appearance of Jamie L Wilson ; Attorney Carl E Shiles present; as to Jamie L Wilson , , dft Jamie L Wilson arraigned; not guilty to Cts. 1 & 2 plea entered; Attorney present; , ; pretrial conference set for 1:00 3/31/03 for Jamie L Wilson ; pretrial motions set for 3/4/03 for Jamie L Wilson ; jury trial set for 9:30 4/1/03 for Jamie L Wilson ; plea negotiation cutoff date set for 3/4/03 for Jamie L Wilson , case unsealed as to Jamie L Wilson Recorded #604-1546; Tape #20032-2 CD: Pam Scott AUSA: Wayne Rich ATTY: Gene Shiles PTSO: D Shields and D Haimelin Deft. Jamie L Wilson remained in custody. (SEALED) (Entered: 01/24/2003) |
| 01/22/2003 | 6 | ORDER ON DISCOVERY AND SCHEDULING by Magistrate Judge Carter (cc: all counsel) (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 7 | MEMORANDUM AND ORDER ARRAIGNMENT ON INDICTMENT: by Mag Judge William B. Carter (cc: all counsel) (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 8 | ORDER by Mag Judge William B. Carter appointing attorney Carl Eugene Shiles, Jr. as counsel for defendant Jamie Lynn Wilson. (cc: all counsel) (DJH) (Entered: 01/27/2003) |

| | | |
|---|---|---|
| 01/23/2003 | 9 | CJA FORM 23 (Financial Affidavit) as to Jamie L Wilson (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 10 | ORDER by Mag Judge William B. Carter appointing Federal Defender Services as counsel for deft David Lee Payne. (cc: all counsel) (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 11 | CJA FORM 23 (Financial Affidavit) as to David G Payne (DJH) (Entered: 01/27/2003) |
| 01/23/2003 | 12 | NOTICE OF DEFENDANT'S REQUEST FOR PRESERVATION AND DISCOVERY MATERIALS by defendant David G Payne C/S (DJH) (Entered: 01/27/2003) |
| 01/29/2003 | 13 | WARRANT FOR ARREST returned executed as to Jamie L Wilson on 1/21/03 (DJH) (Entered: 01/31/2003) |
| 01/29/2003 | 14 | WARRANT FOR ARREST returned executed as to David G Payne on 1/21/03 (DJH) (Entered: 01/31/2003) |
| 02/26/2003 | 15 | NOTICE OF INTENT TO PLEAD GUILTY by defendant David G Payne C/S (DJH) (Entered: 02/27/2003) |
| 03/03/2003 | 16 | NOTICE OF INTENT TO ENTER PLEA by defendant Jamie L Wilson C/S (DJH) (Entered: 03/04/2003) |
| 03/07/2003 | | NOTICE OF HEARING before Honorable R Allan Edgar ; change of plea hearing set for 1:30 3/17/03 for David G Payne, for Jamie L Wilson (cc: all counsel) (DJH) (Entered: 03/07/2003) |
| 03/17/2003 | 17 | CTRM MINUTES: before Honorable R Allan Edgar guilty plea entered by Jamie L Wilson , plea agreement reserved for defendant Jamie L Wilson , no plea agreement filed; sentencing hearing set for 9:00 6/16/03 for Jamie L Wilson CR: Shannan Andrews CD: Kelli Brown AUSA: Wayne Rich ATTY: Gene Shiles, appt USPO: Kimberly Manning. deft remained in custody. (KFB) (Entered: 03/17/2003) |
| 03/17/2003 | 18 | CTRM MINUTES: before Honorable R Allan Edgar guilty plea entered by David G Payne , plea agreement reserved for defendant David G Payne , no plea agreement filed; sentencing hearing set for 9:00 6/16/03 for David G Payne CR: Shannan Andrews CD: Kelli Brown AUSA: Wayne Rich ATTY: LaFonda Jones, FD USPO: Kimberly Manning. deft remained in custody. (KFB) (Entered: 03/17/2003) |
| 04/30/2003 | 19 | NOTICE of no objection to PSR by plaintiff USA C/S |

| | | | |
|---|---|---|---|
| | | | (SEALED) (Entered: 05/01/2003) |
| 04/30/2003 | | 20 | NOTICE of no objection to PSI by plaintiff USA C/S (SEALED) (Entered: 05/01/2003) |
| 06/09/2003 | | 21 | MOTION for downward departure by Jamie L Wilson C/S (DMC) (Entered: 06/10/2003) |
| 06/14/2003 | | 25 | CTRM MINUTES: before Honorable R Allan Edgar guilty plea entered by defendant Jamie L Wilson , sentencing hearing held on 6/14/03 , sentencing Jamie L Wilson (2) count(s) 2. Deft committed to custody of BOP for term of 60 months as to count two; 3 years supervised release; special assessment $100.00, restitution $222,895.68 , dismissing counts as to Jamie L Wilson (2) count(s) 1. Dismissed. , terminating party Jamie L Wilson , case terminated CR: Shannan Andrews CD: Kelli Brown AUSA: Wayne Rich ATTY: Eugene Shiles USPO: Gary Turney (DMC) (Entered: 06/18/2003) |
| 06/16/2003 | | 24 | CTRM MINUTES: before Honorable R Allan Edgar guilty plea entered by defendant David G Payne , sentencing hearing held on 6/16/03 , sentencing David G Payne (1) count(s) 2. Deft committed to custody of BOP for term of 60 months as to count two. Supervised release 3 years special assessment $100.00, restitution $222,895.68 , dismissing counts as to David G Payne (1) count(s) 1. Dismissed , terminating party David G Payne CR: Shannan Andrews CD: Kelli Brown AUSA: Wayne Rich ATTY: Anthony Martinez USPO: Gary Turney (DMC) (Entered: 06/18/2003) |
| 06/18/2003 | | 22 | ORDER by Honorable R Allan Edgar Dismissing Count One as to Jamie L Wilson (cc: all counsel) (DMC) (Entered: 06/18/2003) |
| 06/18/2003 | | 23 | ORDER by Honorable R Allan Edgar dismissing Count One as to David G Payne (cc: all counsel) (DMC) (Entered: 06/18/2003) |
| 06/24/2003 | | 26 | JUDGMENT by Honorable R Allan Edgar issued as to Jamie L Wilson O.B. 108 Pg 28 (cc: all counsel) (DMC) (Entered: 06/24/2003) |
| 06/24/2003 | | 27 | JUDGMENT by Honorable R Allan Edgar issued as to David G Payne O.B. 108 Pg 29 (cc: all counsel) (DMC) (Entered: 06/24/2003) |
| 07/25/2003 | | 28 | JUDGMENT returned executed on 7/15/03 by delivering |

| | | |
|---|---|---|
| | | defendant Jamie L Wilson to FCI Talahassee FL (DMC) (Entered: 07/25/2003) |
| 08/02/2004 | 29 | Judgment Returned Executed on 7/14/02 by delivering David G Payne to FCI Man (DMC, ) (Entered: 08/10/2004) |
| 06/20/2007 | 30 | Probation Jurisdiction Transferred to Middle District of Alabama at Montgomery as to Jamie L Wilson. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachment: #(1) Transfer out letter to MD-Alabama)(TJG, ) (Entered: 06/20/2007) |